UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



LIONEL DELEON
CHRISTOPHER SHUCKRA

    v.

PRISONER
CIVIL 3:03cv154(PCD)

JAMES R. SWARD
GERARD SMYTH
KENNETH W. SIMON

### J U D G M E N T

This cause came on for consideration of the pro se complaint before the Honorable Peter C. Dorsey, United States District Judge.

On July 2, 2003, the Court dismissed without prejudice plaintiff Shuckra's claims against the defendants for plaintiff Shuckra's failure to submit the filing fee.

On October 15, 2003, the Court filed its Ruling and Order dismissing the complaint pursuant to 28 U.S.C. 1915(e)(2)(B)(i) and (ii).

It is therefore **ORDERED** and **ADJUDGED** that the complaint be dismissed and the matter closed, in accordance with the Court's Order.

Dated at Bridgeport, Connecticut this 23rd of October, 2003.

KEVIN F. ROWE, Clerk

By _____
    Cynthia Earle
    Deputy Clerk

Entered on Docket _____